NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-780

GLENN BRAXTON

VERSUS

IMPERIAL FIRE AND CASUALTY INS. CO., ET AL.

**********
APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 77122, DIV. B
HONORABLE DEE A. HAWTHORNE, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

D. Scott Kendrick
1762 Texas St.
Natchitoches, LA 71457
(318) 354-9146
Counsel for Plaintiff/Appellee:
    Glenn Braxton

**Paul Douglas Oberle, Jr.**
**Byron A. Richie**
**Richie, Richie & Oberle, L.L.P.**
**P. O. Box 44065**
**Shreveport, LA 71134**
**(318) 222-8305**
**Counsel for Defendant/Appellant:**
      **Imperial Fire and Casualty Ins. Co.**
      **Ronald D. Reliford**